IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE THE REASSIGNMENT | ) | |
| OF CRIMINAL CASES FROM | ) | |
| JUDGE SHANAHAN | ) | GENERAL ORDER NO. 2005-08 |
| TO JUDGES BATAILLON, | ) | |
| KOPF AND SMITH CAMP | ) | |

     Judge Shanahan's pending criminal cases and closed criminal cases with matters pending have been reassigned to Judges Bataillon, Kopf and Smith Camp.

     IT IS ORDERED that:

     (1)    The following cases are reassigned from Judge Shanahan to Judge Bataillon:

| | |
|---|---|
| 8:96-cr-00008-TMS-FG3 | USA v. Moyer, et al |
| 8:96-cr-00066-TMS-FG3 | USA v. Martinez-Acosta, et al |
| 8:99-cr-00100-TMS-FG3 | USA v. Sanchez |
| 8:99-cr-00174-TMS-TDT | USA v. Moreno-Munoz |
| 8:00-cr-00068-TMS-FG3 | USA v. Colin, et al |
| 8:00-cr-00174-TMS-TDT | USA v. Marquez |
| 8:03-cr-00036-TMS-TDT | USA v. Rodriguez et al (PAPER FILE AS OF 4/14/04) |
| 8:04-cr-00140-TMS-FG3 | USA v. Bloomquist et al |
| 8:04-cr-00500-TMS-FG3 | USA v. Bauman et al |
| 8:04-cr-00502-TMS-TDT | USA v. Gardner |
| 8:04-cr-00504-TMS-TDT | USA v. Heck |
| 8:04-cr-00514-TMS | USA v. Fitzgerald |
| 8:04-cr-00536-TMS-FG3 | USA v. Estle |
| 8:04-cr-00542-TMS-TDT | USA v. Minton-Johnson |
| 8:04-cr-00546-TMS-FG3 | USA v. Stewart |
| 8:05-cr-00006-TMS-TDT | USA v. Avalos-Andrade related to 8:05-cr-00007 |
| 8:05-cr-00007-TMS-TDT | USA v. Coronado-Pimental related to 8:05-cr-00006 |
| 8:05-cr-00030-TMS-FG3 | USA v. Allen |
| 8:05-cr-00034-TMS-FG3 | USA v. Loera |
| 8:05-cr-00036-TMS-FG3 | USA v. Lovejoy |
| 8:05-cr-00040-TMS-TDT | USA v. Venable |
| 8:05-cr-00044-TMS-TDT | USA v. Ambriz-Saldana related to 8:05-cr-00006, 8:05-cr-00007 |
| 8:05-cr-00052-TMS-FG3 | USA v. Garcia-Lemus |
| 8:05-cr-00062-TMS-FG3 | USA v. Pappas |
| 8:05-cr-00066-TMS-TDT | USA v. Sayers |
| 8:05-cr-00068-TMS-TDT | USA v. Washington |
| 8:05-cr-00084-TMS-FG3 | USA v. Peterson |
| 8:05-cr-00092-TMS-FG3 | USA v. Ortega-Morgan et al |

| | |
|---|---|
| 8:05-cr-00104-TMS-TDT | USA v. Moore |
| 8:05-cr-00106-TMS-TDT | USA v. Robledo-Soto et al |
| 8:05-cr-00122-TMS-TDT | USA v. Felix-Siqueiros |
| 8:05-cr-00126-TMS-FG3 | USA v. Larsen et al |
| 8:05-cr-00132-TMS-FG3 | USA v. Russell |
| 8:05-cr-00138-TMS-TDT | USA v. Ambriz-Saldana et al related to 8:05-cr-00122 |
| 8:02-cr-00112-TMS | USA v. Montes related to 8:05-cv-00074-TMS |
| 4:02-cr-00116-TMS-FG3 | USA v. Dabney related to 8:05-cv-00156-TMS |
| 8:02-cr-00160-TMS | USA v. Munoz-Barajas related to 8:05-cv-00101-TMS |
| 8:02-cr-00392-TMS-TDT-1 | USA v. Wolfe, et al related to 8:05-cv-00176-TMS |
| 8:03-cr-00072-TMS-FG3 | USA v. Kellum related to 8:05-cv-00059-TMS |
| 4:02-cr-03067-TMS-FG3 | USA v. DeAnda |
| 8:03-cr-00036-TMS-TDT | USA v. Rodriguez et al |
| 8:03-cr-00085-TMS-TDT | USA v. Edmonson related to 8:03-cr-00091 |
| 8:03-cr-00091-TMS-TDT | USA v. Davis related to 8:03-cr-00085 |
| 8:98-cr-00212-TMS | USA v. Todd |
| 8:02-cr-00308-TMS-TDT | USA v. Fox, et al |
| 8:03-cr-00155-TMS-FG3 | USA v. Nutile |

(2)   The following cases are reassigned from Judge Shanahan to Judge Smith Camp:

| | |
|---|---|
| 8:95-cr-00165-TMS-FG3 | USA v. Haro-Perez, et al |
| 8:96-cr-00017-TMS-FG3 | USA v. Ryan, et al |
| 8:97-cr-00133-TMS-FG3 | USA v. Smith |
| 8:98-cr-00239-TMS-FG3 | USA v. Cierra, et al |
| 8:99-cr-00031-TMS-FG3 | USA v. Beltran-Felix, et al |
| 8:99-cr-00123-TMS-TDT | USA v. McPherson |
| 8:99-cr-00167-TMS-FG3 | USA v. Fuentes, et al |
| 8:00-cr-00013-TMS-TDT | USA v. Arceo |
| 8:02-cr-00205-TMS | USA v. Moreno et al (PAPER FILE) |
| 8:03-cr-00483-TMS-TDT | USA v. Alejandro related to 8:03-cr-00482 |
| 8:03-cr-00541-TMS-TDT | USA v. Arratia |
| 8:03-cr-00585-TMS-FG3 | USA v. Reams |
| 8:04-cr-00134-TMS-TDT | USA v. Ramos |
| 8:04-cr-00267-TMS-FG3 | USA v. Grant related to 8:03-cr-00403 |
| 8:04-cr-00487-TMS-FG3 | USA v. Jurado-Castro |
| 8:04-cr-00501-TMS-FG3 | USA v. Ferrara |
| 8:04-cr-00510-TMS-TDT | USA v. Osborne |
| 8:04-cr-00513-TMS-FG3 | USA v. Shelly |
| 8:04-cr-00517-TMS-TDT | USA v. Cervantes-Pina |
| 8:04-cr-00529-TMS-TDT | USA v. West |
| 8:04-cr-00539-TMS-FG3 | USA v. Koehler |
| 8:05-cr-00003-TMS-TDT | USA v. Paxton |
| 8:05-cr-00015-TMS-FG3 | USA v. Mata |
| 8:05-cr-00025-TMS-TDT | USA v. Bryant |
| 8:05-cr-00033-TMS-TDT | USA v. Johnson |

| | |
|---|---|
| 8:05-cr-00065-TMS-TDT | USA v. Reed |
| 8:05-cr-00095-TMS-TDT | USA v. Brown |
| 8:05-cr-00101-TMS-TDT | USA v. Jewell |
| 8:05-cr-00103-TMS-FG3 | USA v. Martinez-Rosas |
| 8:05-cr-00107-TMS-FG3 | USA v. Romero-Bernal |
| 8:05-cr-00113-TMS-TDT | USA v. Washington |
| 8:05-cr-00116-TMS-TDT | USA v. Cotton et al |
| 8:05-cr-00135-TMS-FG3 | USA v. Decora related to 8:02-cr-00162 |
| 8:03-cr-00243-TMS-FG3 | USA v. Saul, et al related to 8:04-cv-00619-TMS |
| 8:03-cr-00267-TMS-FG3 | USA v. McClenton, et al related to 8:04-cv-00610-TMS |
| 8:03-cr-00459-TMS-TDT | USA v. Duncan related to 8:05-cv-00108-TMS |
| 8:03-cr-00068-TMS-TDT | USA v. Martin |
| 8:04-cr-00089-TMS-TDT | USA v. Toelle |
| 8:02-cr-00163-TMS | USA v. Snow |
| 8:03-cr-00297-TMS-FG3 | USA v. Solario-Quezada et al |
| 8:03-cr-00403-TMS-FG3 | USA v. Jones related to 8:04-cr-00267 |
| 8:03-cr-00482-TMS-TDT | USA v. Rigsby et al |
| 8:02-cr-00162-TMS | USA v. Decora related to 8:05-cr-00135 |
| 8:97-cr-00062-TMS | USA v. Rodriguez et al |
| 8:03-cr-00029-TMS-TDT | USA v. Flesner |

(3)   The following cases are reassigned from Judge Shanahan to Judge Kopf:

| | |
|---|---|
| 8:02-cr-00259-TMS-TDT | USA v. Reynoso |
| 8:02-cr-00214-TMS | USA v. Polak |
| 8:03-cr-00137-TMS-FG3 | USA v. Larson et al related to 8:03-cr-00375 |
| 8:03-cr-00370-TMS-TDT | USA v. Flores |
| 8:03-cr-00375-TMS-FG3 | USA v. Beveridge related to 8:03-cr-00137 |
| 8:00-cr-00063-TMS-FG3 | USA v. Marion |

(4)   This order does not alter assignments to magistrate judges. That is, cases will continue to be assigned to the magistrate judge to whom they were originally assigned.

Dated this 2nd day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
Chief Judge