IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:96CR8 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| HAROLD EDWARD MOYER, ) | ORDER TO RELEASE |
| ) | GARNISHMENT |
| Defendant. ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Cargill, Inc., and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Cargill, Inc., is released.

DATED this 11th day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
JUDGE, U. S. DISTRICT COURT